478 A.2d 130

Surket v. Lovett, Appellant.

610

 Argued January 31, 1984. Samuel B. Hornstein, for appellant; John S. Kerdock, for appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Affirmed.